```
                                             FILED
                                          BILLINGS DIV.

                                         2008 JUL 2 PM 1 50
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MONTANA    PATRICK E. DUFFY, CLERK
                 BILLINGS DIVISION    BY _____
                                              DEPUTY CLERK
```

| | |
|---|---|
| **BEVERLY DARRAH,** | CV-08-67-BLG-RFC |
| Plaintiff, | |
| vs. | |
| | **ORDER ADOPTING FINDINGS** |
| | **AND RECOMMENDATIONS OF** |
| **MONTANA RETAIL STORE** | **U.S. MAGISTRATE JUDGE** |
| **EMPLOYEES HEALTH AND** | |
| **WELFARE PLAN, ZENITH** | |
| **ADMINISTRATORS, and** | |
| Defendants. | |

On June 13, 2008, United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendation with respect to Defendant International Rehabilitation Associates' Motion for Judgment on the Pleadings of State Law Claims Based on ERISA Preemption (*Doc. 6*). *Doc. 10*. Magistrate Judge Ostby recommends the motion be granted, noting that Plaintiff has conceded that the demand for jury trial and request for general damages for physical pain and mental anguish may be stricken form her Complaint.

The Court finds that Magistrate Judge Ostby's Findings and Recommendation are well-grounded in law and fact and are adopted in their entirety.

Accordingly, **IT IS HEREBY ORDERED** Defendant International Rehabilitation Associates' Motion for Judgment on the Pleadings of State Law Claims Based on ERISA

1

Preemption (*Doc. 6*) is **GRANTED:** paragraph 4 of the prayer for relief is **STRICKEN** from the Complaint, as is the demand for jury trial.

The Clerk of Court shall notify the parties of the entry of this Order.

DATED the 2nd day of July, 2008.

_____
RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE